# Exhibit 2

**EXHIBIT 2: ZOHO CRM INFRINGEMENT CLAIM CHART, U.S. PATENT NO. 8,271,315**

| | CLAIM 1 ELEMENTS | ZOHO CRM | MATERIALS ETC. |
|---|---|---|---|
| a | A personal information utilization system, | It is a system that uses customer personal information. Zoho CRM is a computer-implemented customer relationship management system that collects, stores, searches, and utilizes personal information of individuals to facilitate sales, marketing, and customer engagement activities. | See Complaint, ¶ 14 |
| b | a personal information storage means; | It has a means for storing personal information of customers. Zoho CRM includes one or more databases that store personal information of a plurality of individuals, including leads, contacts, customers, and decision-makers, along with associated profile, communication, and relationship data. | See Complaint, ¶ 15 |
| c | a communication means; | It is a cloud service and has communication means for app integration and user access. Zoho CRM includes communication interfaces enabling data exchange between user terminals (including web browsers, mobile applications, partner portals, and API-connected external systems) and Zoho CRM servers via network communications. | See Complaint, ¶ 16 |
| d | a processor configured for controlling operation of the personal information storage means and the communication means, | It is a cloud service, the processes of which are controlled by a processor. Zoho CRM includes one or more processors executing CRM software instructions to control the storage, retrieval, comparison, analysis, and transmission of personal and product-related information through the system's communication means. | See Complaint, ¶ 17 |
| e | said personal information storage means storing personal information of a plurality of information disclosing persons and storing first commodity provision information pertaining to a first commodity provided to at least one of the plurality of information disclosing persons by a first commodity provider; | The company A, which operates an online shop, has a means for storing multiple pieces of customer information. Zoho Commerce and CRM By linking these two systems, it is possible to synchronize customer order details in the online shop with the CRM. In other words, customer order details (first product provision information) such as who bought what is synchronized and stored from Company A's online shop to the CRM. Zoho CRM stores personal information of multiple individuals ("information disclosing persons"), including | See Complaint, ¶ 18 |

1

**EXHIBIT 2: ZOHO CRM INFRINGEMENT CLAIM CHART, U.S. PATENT NO. 8,271,315**

| | | | |
|---|---|---|---|
| | | names, email addresses, phone numbers, job titles, interaction histories, and account affiliations. | |
| f | the processor further configured for: | It is a cloud service, and the processes are executed by a processor. | See Complaint, ¶ 17 |
| g | a) receiving second commodity provision information from a second commodity provider that is different than the first commodity provider, the second commodity provision information received from an information search side terminal via said communication means, the second commodity provision information including at least one of an attribute of the first commodity or information pertinent to providing the first commodity; | Zoho CRM receives product or service information from different sellers, partners, resellers, affiliates, or distinct business units operating within or through the Zoho CRM platform. Such entities constitute "second commodity providers" different from the first commodity provider, including third-party vendors and channel partners that use Zoho CRM to identify and engage potential customers. Company B, a group company of Company A, can share CRM information of Company A. In addition, Company B, which is different from Company A, can receive product designation (second product provision information) as a search key. The second commodity provision information is received from user terminals such as desktop computers, mobile devices, partner systems, or integrated applications used to search, filter, and query customer data within Zoho CRM via the communication means. The received product or service information includes attributes or criteria related to existing products or services, including product category, compatibility, usage status, renewal timing, pricing tier, or other information pertinent to providing, extending, or supplementing the original commodity. | See Complaint, ¶ 19 |
| h | b) checking said received second commodity provision information against the first commodity provision information; | The data search function makes it possible to search for slips etc. that correspond to the search key. Zoho CRM compares the received product or service information against stored purchase histories, deal records, subscriptions, product usage data, and customer relationship data to determine matches, overlaps, or eligibility relationships. | See Complaint, ¶ 20 |
| i | c) identifying, as a result of said checking, at least one specific information disclosing person from the plurality of information | As a result of the above search, for example, purchase orders of customers who have purchased a particular product can be searched for. Based on the comparison, Zoho CRM identifies specific individuals, e.g., named contacts, leads, or decision-makers, associated | See Complaint, ¶ 21 |

**EXHIBIT 2: ZOHO CRM INFRINGEMENT CLAIM CHART, U.S. PATENT NO. 8,271,315**

| | | | |
|---|---|---|---|
| | disclosing persons, the at least one specifically identified information disclosing person associated with said first commodity provision information, said identifying by using the second commodity provision information as a key such that the second commodity provision information at least partially coincides with the first commodity provision information; | with matching or relevant product and service information. | |
| **j** | d) reading out at least a portion of the personal information of said at least one specifically identified information disclosing person from said personal information storage means; | The searched order forms etc. are linked to the customer information of the customer who purchased the product. Zoho CRM retrieves and reads out personal information of the identified individuals, including names, contact details, roles, company affiliations, and interaction history, from its personal information storage means. | See Complaint, ¶ 22 |
| **k** | e) transmitting said read out at least a portion of the personal information to said information search side terminal via the communication means. | The member of Company B who conducted the search retrieves customer information of customers who purchased the product in question from the cloud. Zoho CRM transmits the retrieved personal information to the querying terminal by displaying it through the Zoho CRM user interface, exporting it in reports, synchronizing it with external systems, or delivering it via APIs using the communication means. | See Complaint, ¶ 23 |

3